**FILED**

June 16, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:10-cr-223 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| CONNIE DEVERS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Connie Devers Case 2:10-cr-223 JAM from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

<div style="margin-left:2em">

    —    Release on Personal Recognizance

    —    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $125,000 to be co-signed by Ada

        McCormick, Gary Devers, and Imani Wynn

    —    Appearance Bond with 10% Deposit

    —    Appearance Bond secured by Real Property

    —    Corporate Surety Bail Bond

    X    (Other) Pretrial conditions/supervision;

</div>

Issued at Sacramento, CA on 6/16/2010 ___ at _2:50 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge