BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HODA SAMUEL,<br>CONNIE DEVERS,<br>CHARLES ROBERT MANESS,<br>DANA FAULKNER,<br>TRACY PAINTER,<br>YGNACIA BRADFORD,<br>SEAN PATRICK GJERDE,<br>NICOLE DAWSON,<br>DANIEL HARRISON, and<br>RONALD BURRIS, JR.,<br><br>        Defendants. | No. CR S 10-0223 JAM<br><br><br><br><br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br><br><br><br><br>Date: September 14, 2010<br>Time: 9:30 a.m.<br>Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants HODA SAMUEL, CONNIE DEVERS, CHARLES ROBERT MANESS, DANA FAULKNER, TRACY PAINTER, YGNACIA BRADFORD, SEAN PATRICK GJERDE, NICOLE DAWSON, DANIEL HARRISON, and RONALD BURRIS, JR., by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, August 3, 2010, be

continued to Tuesday, September 14, 2010, at 9:30 a.m.

The parties request that the Court exclude from calculation under the Speedy Trial Act the time from the date of the originally set status conference, August 3, 2010, through the date of the status conference set for September 14, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to prepare] (Local Codes T2 and T4).  Since the Indictment was filed on June 10, 2010, the government has produced over 34,000 documents to counsel for the defendants.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees that his or her counsel needs time to review the discovery, investigate the facts underlying this case and seek possible resolution.  Additionally, the parties stipulate that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings, or for a potential trial within the time limits established by the Speedy Trial Act.

IT IS SO STIPULATED.

DATE: July 29, 2010         By:   /s/ Philip A. Ferrari
                                  PHILIP A. FERRARI
                                  Assistant U.S. Attorney

DATE: July 29, 2010         By:   /s/ Philip A. Ferrari for
                                  SCOTT TEDMON
                                  Counsel for Defendant
                                  HODA SAMUEL

2

```
DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 MARK REICHEL
                                 Counsel for Defendant
                                 CONNIE DEVERS

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 DONALD HELLER
                                 Counsel for Defendant
                                 CHARLES ROBERT MANESS

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 THOMAS JOHNSON
                                 Counsel for Defendant
                                 SEAN GJERDE

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 MICHAEL PETRIK, JR.
                                 Counsel for Defendant
                                 TRACY PAINTER

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 CHRISTOPHER HAYDN-MYER
                                 Counsel for Defendant
                                 DANIEL HARRISON

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 ADANTE DE POINTER
                                 Counsel for Defendant
                                 DANA FAULKNER

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 MICHAEL BIGELOW
                                 Counsel for Defendant
                                 NICOLE DAWSON

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 JOSEPH J. WISEMAN
                                 Counsel for Defendant
                                 YGNACIA BRADFORD

DATE: July 29, 2010        By:   /s/ Philip A. Ferrari for
                                 MICHAEL E. HANSEN
                                 Counsel for Defendant
                                 RONALD BURRIS, JR.
```

    IT IS SO FOUND AND ORDERED.


DATED: July 29, 2010                       /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE