MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
Connie Devers

        IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-10-0223 JAM |
| )  Plaintiff, ) | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON** |
| v. ) | |
| ) | Judge: Hon. John A. Mendez |
| CONNIE DEVERS ) | |
| )  Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Waiver of appearance

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: September 12 2010

/s/ *Connie Devers*

CONNIE DEVERS
(Original retained by attorney)

Waiver of appearance

I agree with and consent to my client's waiver of appearance.

Dated: September 12  2010

                                /s/ *Mark J. Reichel*
                                MARK J. REICHEL
                                Attorney for Defendant

**IT IS SO ORDERED.**

Dated: September 13, 2010

                                /s/ John A. Mendez
                                U. S. District Court Judge