1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )     No. CR S 10-0223 JAM
11                                 )
                   Plaintiff,      )
12                                 )
        v.                         )
13                                 )
   HODA SAMUEL,                    )     STIPULATION AND
14 CONNIE DEVERS,                  )     ORDER FOR CONTINUANCE OF
   CHARLES ROBERT MANESS,          )     STATUS CONFERENCE
15 DANA FAULKNER,                  )
   TRACY PAINTER,                  )
16 YGNACIA BRADFORD,               )
   SEAN PATRICK GJERDE,            )
17 NICOLE DAWSON, and              )
   RONALD BURRIS, JR.,             )     Date: January 11, 2011
18                                 )     Time: 9:30 a.m.
                   Defendants.     )     Hon. John A. Mendez
19 _____)

20

21      It is hereby stipulated and agreed to between the United States

22 of America through PHILIP A. FERRARI, Assistant United States

23 Attorney, and defendants HODA SAMUEL, CONNIE DEVERS, CHARLES ROBERT

24 MANESS, DANA FAULKNER, TRACY PAINTER, YGNACIA BRADFORD, SEAN PATRICK

25 GJERDE, NICOLE DAWSON, and RONALD BURRIS, JR., by and through their

26 respective counsel, that the status conference in the above-

27 captioned matter set for Tuesday, October 26, 2010, be continued to

28 Tuesday, January 11, 2011, at 9:30 a.m.

                                   1

1    The parties request that the Court exclude from calculation

2  under the Speedy Trial Act the time from the date of the originally

3  set status conference, October 26, 2010, through the date of the

4  status conference set for January 11, 2011, pursuant to 18 U.S.C. §§

5  3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to

6  prepare] (Local Codes T2 and T4).  Since the Indictment was filed on

7  June 10, 2010, the government has produced over 46,000 documents to

8  counsel for the defendants.  The parties stipulate that the ends of

9  justice are served by the Court excluding such time, so that each

10 defense counsel may have reasonable time necessary for effective

11 preparation, taking into account the exercise of due diligence.  18

12 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, each defendant agrees

13 that his or her counsel needs time to review the discovery,

14 investigate the facts underlying this case and seek possible

15 resolution.  Additionally, the parties stipulate that the above-

16 captioned case is unusual and complex such that it is unreasonable

17 to expect adequate preparation for pretrial proceedings, or for a

18 potential trial within the time limits established by the Speedy

19 Trial Act.

20 IT IS SO STIPULATED.

21

22 DATE: October 22, 2010        By:   /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
23                                    Assistant U.S. Attorney

24 DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
                                      SCOTT TEDMON
25                                    Counsel for Defendant
                                      HODA SAMUEL
26
   DATE: October 22, 2010        By:   /s/ Philip A. Ferrari for
27                                    MARK REICHEL
                                      Counsel for Defendant
28                                    CONNIE DEVERS

1    DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
                                             DONALD HELLER
2                                            Counsel for Defendant
                                             CHARLES ROBERT MANESS
3
     DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
4                                            THOMAS JOHNSON
                                             Counsel for Defendant
5                                            SEAN GJERDE

6    DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
                                             MICHAEL PETRIK, JR.
7                                            Counsel for Defendant
                                             TRACY PAINTER
8
     DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
9                                            ADANTE DE POINTER
                                             Counsel for Defendant
10                                           DANA FAULKNER

11   DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
                                             MICHAEL BIGELOW
12                                           Counsel for Defendant
                                             NICOLE DAWSON
13

14   DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
                                             JOSEPH J. WISEMAN
15                                           Counsel for Defendant
                                             YGNACIA BRADFORD
16
     DATE: October 22, 2010          By:    /s/ Philip A. Ferrari for
17                                           MICHAEL E. HANSEN
                                             Counsel for Defendant
18                                           RONALD BURRIS, JR.

19
          IT IS SO FOUND AND ORDERED.
20

21
     DATED: October 22, 2010
22
                                             /s/ John A. Mendez
23                                           HON. JOHN A. MENDEZ
                                             UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                        3