BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HODA SAMUEL, et al., ) <br> ) <br> Defendants. ) <br> _____) | CR. No. S-10-0223 JAM <br><br> UNOPPOSED MOTION TO DISMISS <br> COUNTS THIRTY-TWO THROUGH <br> THIRTY-NINE; ORDER |

For the reasons discussed below, the United States hereby requests that the Court dismiss Counts Thirty-Two through Thirty-Nine in the above-referenced indictment.

Counts Thirty-Two through Thirty-Nine allege false statements in loan applications to Long Beach Mortgage, in violation of 18 U.S.C. 1014. As of the dates of these statements, Long Beach mortgage was a wholly-owned subsidiary of Washington Mutual Bank. Washington Mutual was FDIC-insured, but Long Beach Mortgage was not itself individually insured. In this case, the government has decided to exercise its discretion to forego attempting to prove that the statements to Long Beach Mortgage satisfy the statute.

For the foregoing reasons, the government moves to dismiss Counts Thirty-Two through Thirty-Nine pursuant to Federal Rule of Criminal Procedure 48(a).

Counsel for defendants Devers, Faulkner, Painter, Burris, and Dawson, who are charged in one or more of these counts, have been advised of this motion and have not indicated any opposition to it.

DATED: December 12, 2011       BENJAMIN B. WAGNER
                               United States Attorney

                               By:   /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     MICHELLE A. PRINCE
                                     Assistant U.S. Attorneys

O R D E R

For the reasons stated above, it is hereby ORDERED that pursuant to Fed.R.Crim.P. 48(a), Counts Thirty-Two through Thirty-Nine of the indictment in case CR S 10-0223 JAM are dismissed.

Date: 12/13/2011

                               /s/ John A. Mendez
                               JOHN A. MENDEZ
                               U. S. DISTRICT COURT JUDGE