BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELLE A. PRINCE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HODA SAMUEL, <br> CONNIE DEVERS, <br> DANA FAULKNER, <br> TRACY PAINTER, <br> YGNACIA BRADFORD, and <br> SEAN PATRICK GJERDE, <br> Defendants. | No. CR S 10-0223 JAM <br><br> STIPULATION AND <br> ORDER FOR EXCLUSION OF TIME |

On December 13, 2011, the above-referenced matter came on before the Court for a hearing on Defendant Bradford's motion to dismiss, defendants Painter and Devers' motions to continue the trial date, and trial confirmation. The Court denied the motion to dismiss, granted the motions to continue, and vacated the trial date. Trial was set to commence for all defendants on June 4, 2012. The Court requested that the government prepare a stipulation and proposed order excluding time from January 23, 2012 through June 4, 2012.

1

It is hereby stipulated and agreed to between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendants Hoda Samuel, Connie Devers, Dana Faulkner, Tracy Painter, and Ygnacia Bradford, by and through their respective counsel, that the time from January 23, 2012, through the trial date of June 4, 2012, be excluded from computation under the speedy trial act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to prepare] (Local Codes T2 and T4).  To date, the government has produced over 47,000 documents in discovery.  The indictment charges conspiracy, mail fraud and false statements in mortgage applications relating to thirty separate residential real estate transactions.  The case is complex.  In addition, this case originally involved ten named defendants, six of whom are set to proceed to trial on June 4.  One of those remaining defendants, Tracy Painter, was granted new counsel on November 29, 2011.  Counsel for Ms. Painter has represented that while he could not be prepared to proceed on the previously set trial date of January 23, 2012, he will be able to proceed by June 4, 2012.  Another of the remaining defendants, Connie Devers, is unable to proceed to trial on January 23, 2012, and her counsel is hopeful she will be able to proceed on June 4, 2012, as well.

For all of the foregoing reasons, the signing parties stipulate and agree that the ends of justice are served by the Court excluding the time between January 23, 2012, and June 4, 2012, so that each defense counsel may have reasonable time necessary for effective preparation in this complex case, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).

Defendant Sean Gjerde does not join in this stipulation.  As he

2

1  is awaiting the trial of his co-defendants, and no severance has
2  been granted, the government submits that time is excludable as to
3  Mr. Gjerde under 18 U.S.C. §3161(h)(6), Local Code R.
4
5       IT IS SO STIPULATED.
6
7  DATE: January 9, 2012          By:   /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
8                                       Assistant U.S. Attorney
9  DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                        SCOTT TEDMON
10                                      Counsel for Defendant
                                        HODA SAMUEL
11
12 DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                        MARK REICHEL
13                                      Counsel for Defendant
                                        CONNIE DEVERS
14
15 DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                        JAN KAROWSKY
16                                      Counsel for Defendant
                                        TRACY PAINTER
17
18 DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                        ADANTE DE POINTER
19                                      Counsel for Defendant
                                        DANA FAULKNER
20
21 DATE: January 9, 2012          By:   /s/ Philip A. Ferrari for
                                        JOSEPH J. WISEMAN
22                                      Counsel for Defendant
                                        YGNACIA BRADFORD
23
24
25      Time is hereby excluded under the Speedy Trial Act from January
26 23, 2012, through the trial date of June 4, 2012.  The Court finds
27 that in this case, for the reasons set forth above, the interests of
28 justice served by granting this continuance outweigh the best

interests of the public and the defendants in a speedy trial, and that the referenced period of time should be excluded pursuant to Section 3161(h)(7)(B)(ii) (complexity), Section 3161(h)(7)(B)(iv) (reasonable time to prepare), and Section 3161(h)(6) (defendant awaiting trial of co-defendant when no severance is granted) (Local Codes T2, T4 and R).

    IT IS SO FOUND AND ORDERED.

DATED: 1/9/2012                                  /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               UNITED STATES DISTRICT JUDGE