```
BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 10-0223 JAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| CONNIE DEVERS, | Date: March 19, 2013 |
| Defendant. | Time: 9:45 a.m. |
| | Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America and defendant Connie Devers, by and through their respective counsel, that the status conference in the above-captioned matter set for Tuesday, February 26, 2013, be continued to Tuesday, March 19, 2013 at 9:45 a.m.

The parties request that the Court exclude from calculation under the Speedy Trial Act the time from the date of the originally set status conference, February 26, 2013, through the date of the status conference set for March 19, 2013, pursuant to 18 U.S.C. § 3161(h)(4) [defendant physically unable to stand trial] (Local Code N). Counsel for Ms. Devers and the government are in the process of

1

securing an update as to her physical condition and prognosis and require more time to do so.

IT IS SO STIPULATED.

DATE: February 22, 2013    By:   /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

DATE: February 22, 2013    By:   /s/ Philip A. Ferrari for
                                 MARK REICHEL
                                 Counsel for Defendant
                                 CONNIE DEVERS

  IT IS ORDERED that the status conference currently set for February 26, 2013, is vacated, and a new status conference is set for March 19, 2013, at 9:45 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(4), and time is excluded under the Speedy Trial Act through March 19, 2013, pursuant to local code N.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

  IT IS SO FOUND AND ORDERED.

DATED: 2/22/2013
                              /s/ John A. Mendez
                              U. S. DISTRICT COURT JUDGE

2