```
BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
TODD PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONNIE DEVERS, ) <br> ) <br> Defendant. ) <br> _____) | No. CR S 10-0223 JAM <br><br> STIPULATION AND ORDER <br><br> Date: November 12, 2013 <br> Time: 1:45 p.m. <br> Hon. John A. Mendez |

    The parties appeared before the Court on September 10, 2013. Consistent with the representations made at that appearance, the parties request that the Court issue an Order: (a) designating Dr. Jason Roof as the examiner pursuant to 18 U.S.C. § 4247(b); (b) vacating the hearing currently set for September 24, 2013; (c) ordering that the defendant meet with Dr. Roof on October 3, 2013, or as soon thereafter as is practicable, to be examined; (d) ordering that any report concerning the evaluation be submitted to the parties and the Court no later than October 22, 2013; (e) setting a hearing on the defendant's motion for November 12, 2013, at 1:45 p.m.; and (f) excluding time from calculation under the

1

Speedy Trial Act from September 10, 2013, through November 12, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A].

IT IS SO STIPULATED.

DATE: September 16, 2013        By:   /s/ Philip A. Ferrari
                                      PHILIP A. FERRARI
                                      Assistant U.S. Attorney

DATE: September 16, 2013        By:   /s/ Philip A. Ferrari for
                                      MARK REICHEL
                                      Counsel for Defendant
                                      CONNIE DEVERS

    IT IS ORDERED that: (a) Dr. Jason Roof is designated as the examiner pursuant to 18 U.S.C. § 4247(b); (b) the hearing currently set for September 24, 2013, is vacated; (c) the defendant shall meet with Dr. Roof on October 3, 2013, or as soon thereafter as is practicable, to be examined; (d) any report concerning the evaluation shall be submitted to the parties and the Court no later than October 22, 2013; (e) a hearing on the defendant's motion will occur on November 12, 2013, at 1:45 p.m.; and (f) Time shall be excluded from calculation under the Speedy Trial Act from September 10, 2013, through November 12, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(A) [Local Code A].

    IT IS SO ORDERED.

DATED: 9/16/2013                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

2