MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
CONNIE DEVERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE DEVERS.<br><br>    Defendant. | No. CR-S-10-0223 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>COMPETENCY HEARING<br><br>Date:  01/28/2014<br>Time:  1:30 p.m.<br>Judge:  Honorable John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the competency hearing be re calendared for March 4, 2014 at 1:30 p.m.  Further, that the Declaration of Byron Wilson, M.D., previously submitted by the plaintiff shall be competent evidence the same as if the witness had testified and is not objected to by the defense. The date for hearing of January 28, 2014 at 1:30 p.m. shall be vacated. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 3, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

    It is so stipulated.

1

Dated: January 28, 2014                                MARK J. REICHEL, ESQ.

/s/ Mark J. Reichel
Attorney for Defendant
CONNIE DEVERS

Dated:  January 28, 2014                               U.S. ATTORNEY'S OFFICE

/s/ Mark J. Reichel, for
PHIL FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  January 28, 2014                               /s/ Mark J. Reichel, for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**[ORDER**

IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

DATED:  January 28, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge