MARK REICHEL. SBN #161615)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: steve@reichellaw.com

Attorney for Defendant
CONNIE DEVERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE DEVERS<br><br>　　　　Defendant. | No. 10-CR-223 JAM<br><br>ORDER FOR PRODUCTION OF MEDICAL RECORDS<br><br>Date:　4/25/2014<br><br>Judge:　Hon. John A. Mendez |

It is hereby Ordered that the defendant in the above captioned matter shall produce to the attorneys for the government, through her counsel, the following records on or before April 25, 2014:

All medical records, to include charts, diagnosis and treatments, for all medical services and visits from any and all health care providers necessary

1

to establish current medical condition, course of treatment, and, if possible, prognosis.

IT IS SO ORDERED

Dated April 2, 2014

                                       /s/ John A. Mendez_____

                                       Hon. John A. Mendez

                                       U. S. DISTRICT COURT JUDGE