MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
CONNIE DEVERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONNIE DEVERS.<br><br>　　　　Defendant. | No. CR-S-10-0223 JAM<br><br>STIPULATION AND<br> ORDER CONTINUING STATUS<br>COMPETENCY HEARING<br><br>Date:  8/5/2014<br>Time: 9:30 a.m.<br><br>Judge:  Honorable John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the competency hearing be re calendared for August 5, 2014  at 9:30 a.m.   Dr. Greene, appointed by this court to examine the defendant, will be seeing Ms. Devers on July 11, 2014, after the presently scheduled status conference.

   Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 5, 2014 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

1

It is so stipulated.

Dated: July 3, 2014                                    MARK J. REICHEL, ESQ.

                                                       /s/ Mark J. Reichel
                                                       Attorney for Defendant
                                                       CONNIE DEVERS


Dated:  July 3, 2014                                   U.S. ATTORNEY'S OFFICE


                                                       /s/ Mark J. Reichel, for
                                                       PHIL FERRARI
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: July 3, 2014.

**IT IS SO ORDERED**.

Dated: July 3, 2014                                    /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
                                                       United States District Court Judge