MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
CONNIE DEVERS

FILED
AUG 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-10-0223 JAM |
| Plaintiff, | **STATUS MEMORANDUM AND STIPULATION AND ORDER CONTINUING STATUS HEARING; ORDER** |
| v. | |
| CONNIE DEVERS | Date: September 9, 2014 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: HON. JOHN A. MENDEZ |

STATUS. As of August 11, 2014, defendant's court appointed expert. Dr. John Greene, has seen and evaluated Ms. Devers and has reviewed her prior records in connection with a report as to her mental competency. Since that time, he has had to pause that work and will not be further seeing Ms. Devers until *after* her current additional round of chemotherapy and radiation is completed with her oncologist Dr. Brian Wilson. The recent discovery of brain cancer, with the chemo and radiation treatments, prevent Dr. Greene from completing a report on the competency of Ms. Devers.

Status Memorandum August 2014

Attached hereto is a letter from Dr. Wilson from June 4, 2014 which discusses the situation Dr. Greene is following.

<u>Stipulation</u>. Based upon the foregoing, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the competency hearing be re calendared for September 9, 2014 at 9:00 a.m. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 9, 2014 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, as well as for pending motions and pending examinations under 18 U.S.C. 3161(h)(1)(D) and 3161(h)(1)(A).

It is so stipulated.

Dated: August 11, 2014          MARK J. REICHEL, ESQ.

                                /s/ Mark J. Reichel

                                Attorney for Defendant
                                CONNIE DEVERS


Dated: August 11, 2014          U.S. ATTORNEY'S OFFICE

                                /s/ Mark J. Reichel, for

                                PHIL FERRARI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Status Memorandum August 2014              2

## ORDER

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4 and for pending motions and pending examinations under 18 U.S.C. 3161(h)(1)(D) and 3161(h)(1)(A).

DATED: August  11 , 2014.

_____
HON. JOHN A. MENDEZ
United States District Judge



# VALLEY MEDICAL ONCOLOGY CONSULTANTS
Comprehensive, Compassionate & Personalized Cancer Care

| | | |
|---|---|---|
| Elwyn C. Cabebe, M.D. | Ying Cao, M.D., Ph.D. | Ricardo daRoza, M.D. |
| Shane P. Dormady, M.D.,Ph.D. | Nitin Joshi, M.D. | George Labban, M.D. |
| Jiali Li, M.D., Ph.D. | Rakesh R. Patel, M.D. | Kavitha P. Raj, M.D. |
| Rishi Sawhney, M.D. | Lauren Shapiro, M.D. | Vandana B. Sharma, M.D.,Ph.D. |
| Byron E. Wilson, M.D. | Gordon Wong, M.D. | Peter P. Wong, M.D. |

June 6, 2014

Re: Connie Devers
DOB: 1/15/70

To Whom It May Concern:

Ms. Devers is under my care for stage IV locally advanced, triple positive left breast cancer with a recent diagnosis of brain mets. She is currently undergoing chemotherapy, as well as radiation treatment. Her current prognosis is poor. I have ordered for her to have a MRI of the brain to be done ASAP. She is also to continue with chemotherapy and radiation.

If any further information is needed, please contact my office at (510)888-0657.

Sincerely,

Byron Wilson, MD

jp/BW

Castro Valley, CA – (510) 888-0657 - Fax (510) 886-4532
Hayward, CA – (510) 887-4074 - Fax (510) 670-1047
Los Gatos, CA - (408) 358-8444 - Fax: (408) 358-4022
Pleasanton, CA – (925) 734-8130 - Fax (925) 225-9520
San Leandro, CA – (510) 888-0659 - Fax (510) 886-4532

Fremont, CA – (510) 794-5320 - Fax (510) 794-1242
Livermore, CA – (925) 660-1320 – Fax (925) 225-9520
Mountain View, CA – (650) 988-8338 - Fax (650) 962-4594
Redwood City, CA – (650) 368-0520 - Fax (650) 368-0254
San Ramon, CA - (925) 830-9293 - Fax (925) 225-9520