MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
CONNIE DEVERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE DEVERS.<br><br>    Defendant. | No. CR-S-10-0223 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>COMPETENCY HEARING<br><br>Date:  10/14/2014<br>Time:  9:00 a.m.<br>Judge:  Honorable John A. Mendez |

        IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and

MARK J. REICHEL, Esq., attorney for defendant, that the present date for the competency

hearing be re calendared for October 14, 2014 at 9:00 a.m.

        Dr. John Greene will be seeing Ms. Devers again on September 16, 2014, and it is

anticipated that a written report will then be available to the parties within two weeks of that

date. Ms. Devers is again undergoing chemotherapy.

        Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from

the date this stipulation is lodged, through October 14, 2014 should be excluded in computing

the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18

U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

1

1    It is so stipulated.

2    Dated: September 5, 2014                          MARK J. REICHEL, ESQ.

3                                                      /s/ Mark J. Reichel
4                                                      Attorney for Defendant
                                                       CONNIE DEVERS
5

6    Dated:  September 5, 2014                         U.S. ATTORNEY'S OFFICE

7                                                      /s/ Mark J. Reichel, for
                                                       PHIL FERRARI
8                                                      Assistant U.S. Attorney
9                                                      Attorney for Plaintiff

10   Dated:  September 5, 2014                         /s/ Mark J. Reichel, for
                                                       KYLE REARDON
11                                                     Assistant U.S. Attorney
12                                                     Attorney for Plaintiff

13

14

15                                **ORDER**

16       IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is

17   GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served

18   by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

19    Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

20

21   **IT IS SO ORDERED**.

22   DATED: September 5, 2014.

23
                                                       /s/ John A. Mendez
24                                                     HON. JOHN A. MENDEZ
                                                       United States District Judge
25

26

27

28

2