MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
CONNIE DEVERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE DEVERS.<br><br>    Defendant. | No. CR-S-10-0223 JAM<br><br>STIPULATION AND<br>ORDER MODIFYING TERM OF PRETRIAL RELEASE<br><br>Date:<br>Time: .<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the defendant's terms of pretrial release shall be modified to STRIKE the requirement that she maintain employment as directed by the Pre Trial Services Office.  The Pretrial Services Office has requested that this condition be stricken from the terms of the defendant's pretrial release.

It is so stipulated.

Dated: October 21, 2014                                    MARK J. REICHEL, ESQ.

                                                                              /s/ Mark J. Reichel
                                                                              Attorney for Defendant
                                                                              CONNIE DEVERS

1

Dated:  October 21, 2014                                               U.S. ATTORNEY'S OFFICE

<u>/s/ Mark J. Reichel, for</u>
PHIL FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  All other terms and conditions of the defendant's pretrial release shall remain in full force and effect.

DATED:   10/21/2014

<u>/s/ John A. Mendez</u>
HON. JOHN A. MENDEZ
United States District Court Judge