BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 10-223 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CONNIE DEVERS, | DATE: November 18, 2014 |
| Defendant. | TIME: 1:30 p.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on November 18, 2014 at 1:30 p.m.

2. By this stipulation, defendant now moves to continue the status conference until December 9, 2014, at 9:30 a.m., and to exclude time between November 18, 2014, and December 9, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has received a report of a competency evaluation of the defendant. The government does not believe an evidentiary hearing is required as it agrees the physician who wrote the report would testify consistently with its contents if called as a witness, and the government does not wish to cross-examine. For this reason, the parties ask that the

evidentiary hearing scheduled for November 18 be vacated.

    b)    The parties desire additional time to review the report, which was produced the week of November 10, so that they can make informed decisions regarding how to proceed.  For these reasons, the parties request that a status conference be set in this matter on December 9, 2014.

    c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2014 to December 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A), (1)(D), (4) [Local Codes A, E, and N].

IT IS SO STIPULATED.

Dated:  November 17, 2014                                   BENJAMIN B. WAGNER
                                                                           United States Attorney

                                                                           /s/ PHILIP A. FERRARI
                                                                           PHILIP A. FERRARI
                                                                           Assistant United States Attorney


Dated:  November 17, 2014                                   /s/ Philip Ferrari for
                                                                           Mark Reichel, Esq.
                                                                           Counsel for Defendant
                                                                           Connie Devers


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of November, 2014

                                                                           /s/ John A. Mendez
                                                                         THE HONORABLE JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT    2