BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CONNIE DEVERS, <br><br> Defendant. | CASE NO.  CR S 10-223 JAM <br><br> STIPULATION REGARDING DEFENDANT'S COMPETENCY; FINDINGS AND ORDER <br><br> DATE: December 9, 2014 <br> TIME: 9:30 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on December 9, 2014 at 9:30 a.m.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The parties and the Court are in possession of a competency evaluation report dated October 30, 2014, and prepared by John M. Greene, M.D. In that report, Dr. Greene sets forth a description of his examination of Ms. Devers and related records, as well as his conclusions as to her competency to stand trial. Ultimately, Dr. Greene concludes that "Ms. Devers currently has an inability to understand the nature and consequences of the proceedings against her, and to assist properly in her defense, due to the mental disease of Major Neurocognitive Disorder." (Report, P. 8).

      b)      In diagnosing Ms. Devers, Dr. Greene opines that her disorder is "due to the treatment she has received" for her illness, which has previously been disclosed to the Court. (Report, P. 7)  Dr. Greene explicitly states that her cognitive impairment is a result of the treatment she is receiving for her illness.  (*Id*)

      c)      The parties believe that Dr. Greene's report provides the Court with a sufficient basis for finding that Ms. Devers is "presently suffering from a mental disease or defect rendering [her] mentally incompetent to the extent [she] is unable to understand the nature and consequences of the proceedings against [her] or to properly assist in [her] defense."  18 U.S.C. § 4241(d).

      d)      Under the terms of the statute, once a finding of incompetency is made, "the court shall commit the defendant to the custody of the Attorney General" so that the defendant may receive treatment and a determination may be made as to whether the defendant will attain the capacity to allow proceedings to go forward.  18 U.S.C. § 4241(d)(1).  In this case, given the defendant's physical condition, and the fact that her incompetency is apparently caused by the treatment she needs to treat that condition, the parties agree that commitment is inappropriate. Instead, the parties jointly request that this matter be continued for a period of roughly 4 months, to April 7, 2015 at 9:30 a.m.  At this point the parties can assess and inform the court as to: a) the defendant's current physical condition; b) the defendant's current course of treatment; and c) the present impact of that treatment upon her competency.

      e)      If the Court determines that the defendant is presently incompetent to stand trial, time is excluded from computation under the Speedy Trial Act from the present date through April 7, 2015, pursuant to 18 U.S.C. § 3161(h)(4) [Local Code N].

IT IS SO STIPULATED.

Dated:  December 8, 2014                        BENJAMIN B. WAGNER
                                                           United States Attorney

                                                                  /s/ PHILIP A. FERRARI
                                                                  PHILIP A. FERRARI
                                                                  Assistant United States Attorney

Dated:  December 8, 2014

/s/ Philip A. Ferrari for
Mark Reichel, Esq.
Counsel for Defendant
Connie Devers

### FINDINGS AND ORDER

Consistent with the parties' stipulation and the evidence before the Court, it is hereby found that the defendant, Connie Devers, is "presently suffering from a mental disease or defect rendering [her] mentally incompetent to the extent [she] is unable to understand the nature and consequences of the proceedings against [her] or to properly assist in [her] defense."  18 U.S.C. § 4241(d).   For the reasons stated in the parties' stipulation, the Court will not commit the defendant to the custody of the Attorney General for additional treatment and evaluation.  This matter is set for a status conference on April 7, 2015, where it is expected the parties will inform the Court of the defendant's present condition.  The time between today's date and April 7, 2015, shall be excluded from computation under the Speedy Trial Act from the present date through April 7, 2015, pursuant to 18 U.S.C. § 3161(h)(4) [Local Code N].

IT IS SO FOUND AND ORDERED this 8th day of December,  2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE