BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 10-223 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DEFENDANT'S COMPETENCY; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CONNIE DEVERS, | DATE: June 16, 2015 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a hearing on June 16, 2015 at 9:15 a.m.

2.  The parties agree and stipulate, and request that the Court find the following:

    a)  The Court has previously found that Ms. Devers is "presently suffering from a mental disease or defect rendering [her] mentally incompetent to the extent [she] is unable to understand the nature and consequences of the proceedings against [her] or to properly assist in [her] defense." 18 U.S.C. § 4241(d).

    b)  Counsel for the Ms. Devers has recently provided the government with additional medical records relating to the defendant's current condition. The government requires additional time to review these records. Accordingly, the parties request that the Court vacate

the hearing set for June 16, 2015, and set the matter for a status conference on July 28, 2015.

        c)      Time should be excluded from computation under the Speedy Trial Act from the present date through July 28, 2015, pursuant to 18 U.S.C. § 3161(h)(4) [Local Code N].

IT IS SO STIPULATED.

Dated:  June 15, 2015                               BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     */s/ Todd A. Pickles*
                                                     PHILIP A. FERRARI
                                                   TODD A. PICKLES
                                                   Assistant United States Attorneys

Dated:  June 15, 2015                               */s/ Todd A. Pickles for*
                                                     Mark Reichel, Esq.
                                                   Counsel for Defendant
                                                   Connie Devers

## FINDINGS AND ORDER

The status conference currently set for June 16, 2015, is hereby vacated. This matter is set for a status conference on July 28, 2015 at 9:15 a.m. The time between today's date and July 28, 2015, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4) [Local Code N].

IT IS SO FOUND AND ORDERED this 15th day of June, 2015.

                                                   /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE